UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gordon Franklin, | File No. 22-cv-2224 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Warden and Veteran Affair, | |
| Respondents. | |

Magistrate Judge Tony N. Leung issued a Report and Recommendation on October 19, 2022.  ECF No. 5.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**; and

2. Plaintiff's Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED**; and

3. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [ECF No. 4] is **DENIED as moot**; and

4. This case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 22, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court